| Fill in this information to identify your case: |
|---|

United States Bankruptcy Court for the:

EASTERN DISTRICT OF KENTUCKY

Case number *(if known)* _____   Chapter **11**

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  
RX Discount Pharmacy of Harlan County Inc.

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names and *doing business as* names  
DBA Clay Discount Drug

**3. Debtor's federal Employer Identification Number (EIN)**  
61-1355368

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **306 Morton Blvd.** **Hazard, KY 41701** Number, Street, City, State & ZIP Code | **PO Box 1569** **Hazard, KY 41702** P.O. Box, Number, Street, City, State & ZIP Code |
| **Perry** County | **Location of principal assets, if different from principal place of business** **Clay County** **2734 South Hwy 421 Manchester, KY 40962** Number, Street, City, State & ZIP Code |

**5. Debtor's website (URL)**  _____

**6. Type of debtor**  
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
☐ Partnership (excluding LLP)  
☐ Other. Specify: _____

Debtor **RX Discount Pharmacy of Harlan County Inc.**     Case number (*if known*) _____
     Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   **6110**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check **all** that apply*:
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ■ No.
- ☐ Yes.

| District | When | Case number |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |

Debtor **RX Discount Pharmacy of Harlan County Inc.**                                    Case number (*if known*)
Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

Debtor **RX Discouncty Pharmacy, Inc.**              Relationship **Affiliate**

District **Eastern District of Kentucky**        When **5/01/24**       Case number, if known

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.    Insurance agency
           Contact name
           Phone

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**    .    *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

Debtor  **RX Discount Pharmacy of Harlan County Inc.**                                 Case number (*if known*) _____
Name

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ■ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor  **RX Discount Pharmacy of Harlan County Inc.**                                   Case number (*if known*)
        Name

| | **Request for Relief, Declaration, and Signatures** |

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **May 1, 2024**
              MM / DD / YYYY

**X** **/s/ Richard K. Slone**                              **Richard K. Slone**
Signature of authorized representative of debtor            Printed name

Title  **President**

**18. Signature of attorney**

**X** **/s/ Dean A. Langdon**                               Date **May 1, 2024**
Signature of attorney for debtor                            MM / DD / YYYY

**Dean A. Langdon**
Printed name

**DelCotto Law Group PLLC**
Firm name

**200 North Upper St.**
**Lexington, KY 40507**
Number, Street, City, State & ZIP Code

Contact phone  **(859) 231-5800**   Email address

**40104 KY**
Bar number and State

**Fill in this information to identify the case:**

Debtor name  **RX Discount Pharmacy of Harlan County Inc.**

United States Bankruptcy Court for the:  EASTERN DISTRICT OF KENTUCKY

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration  _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **May 1, 2024**     X **/s/ Richard K. Slone**
Signature of individual signing on behalf of debtor

**Richard K. Slone**
Printed name

**President**
Position or relationship to debtor

Official Form 202        **Declaration Under Penalty of Perjury for Non-Individual Debtors**

Fill in this information to identify the case:

Debtor name: **RX Discount Pharmacy of Harlan County Inc.**
United States Bankruptcy Court for the: **EASTERN DISTRICT OF KENTUCKY**
Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| U.S. Small Business Adm. 2 North 20th St, Ste 320 Birmingham, AL 35203 | | all property | | $500,000.00 | $0.00 | $500,000.00 |
| Cardinal Health 110 LLC 7000 Cardinal Place Dublin, OH 43017 | | all business assets | | $202,000.00 | $0.00 | $202,000.00 |
| QFS Capital, LLC 7901 4th St. N, Ste 13070 Saint Petersburg, FL 33702 | | all accounts | Disputed | $180,000.00 | $0.00 | $180,000.00 |
| Kapitus 2500 Wilson Blvd, Suite 350 Arlington, VA 22201 | | | Disputed | $160,841.00 | $0.00 | $160,841.00 |
| E Advance Services 370 Lexington Ave, Ste 801 New York, NY 10017 | | receipts | Disputed | $116,000.00 | $0.00 | $116,000.00 |
| Smith Drug Company PO Box 1779 Spartanburg, SC 29304 | | accounts, A/R | | $107,470.60 | $0.00 | $107,470.60 |
| Thriveway Funding Group, LLC 1926 New York Ave Brooklyn, NY 11210 | | future receiveables | Disputed | $107,000.00 | $0.00 | $107,000.00 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 1

Debtor **RX Discount Pharmacy of Harlan County Inc.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| White Road Capital dba United First dba Global Funding`Experts 27-01 Queens Plaza N, Ste 802 Long Island City, NY 11101 | | all assets | Disputed | $105,000.00 | $0.00 | $105,000.00 |
| Mr. Advance 35-12 19th Ave Astoria, NY 11105 | | | Disputed | $98,000.00 | $0.00 | $98,000.00 |
| Expert Funding 500 W Rambling Dr. Wellington, FL 33414 | | A/R | Disputed | $70,000.00 | $0.00 | $70,000.00 |
| Mercury Funding, LLC 60 Park Avenue Lakewood, NJ 08701 | | receivables | Disputed | $52,000.00 | $0.00 | $52,000.00 |
| CVS/Caremark 9501 East Shea Blvd Scottsdale, AZ 85260 | | DIR fees | | | | $37,000.51 |
| Capital Wholesale Drug Co. 873 Williams Ave Columbus, OH 43212 | | deposits | | $10,683.63 | $0.00 | $10,683.63 |
| Independent Pharmacy Distributors P.O. Box 896827 Charlotte, NC 28289 | | vendor | | | | $2,648.91 |
| Pharmacist's Mutual PO Box 370 Algona, IA 50511-9988 | | | | | | $1,812.00 |
| Samuels Products 9851 Redhill Drive Cincinnati, OH 45242 | | vendor | | | | $829.85 |
| Office Depot P.O. Box 633301 Cincinnati, OH 45263-3301 | | vendor | | | | $429.62 |
| Fuzzells Business Equipment P.O. Box 22837 Oklahoma City, OK 73123-1837 | | vendor | | | | $418.00 |

**United States Bankruptcy Court**
**Eastern District of Kentucky**

In re  **RX Discount Pharmacy of Harlan County Inc.**   Case No.
Debtor(s)   Chapter  **11**

# VERIFICATION OF MAILING LIST MATRIX

I, the President of the corporation named as the petitioner(s) in the above-styled bankruptcy action, declare under penalty of perjury that the attached mailing list matrix of creditors and other parties in interest consisting of **3** page(s) is true and correct and complete, to the best of my (our) knowledge.

Date: **May 1, 2024**       /s/ Richard K. Slone
**Richard K. Slone**/**President**
Signer/Title

I, **Dean A. Langdon**, counsel for the petitioner(s) in the above-styled bankruptcy action, declare that the attached Master Address List consisting of **3** page(s) has been verified by comparison to Schedules D through H to be complete, to the best of my knowledge. I further declare that the attached Master Address List can be relied upon by the Clerk of Court to provide notice to all creditors and parties in interest as related to me by the debtor(s) in the above-styled bankruptcy action until such time as any amendments may be made.

Date: **May 1, 2024**       /s/ Dean A. Langdon
Signature of Attorney
**Dean A. Langdon**
**DelCotto Law Group PLLC**
**200 North Upper St.**
**Lexington, KY 40507**
**(859) 231-5800   Fax: (859) 281-1179**

Capital Wholesale Drug Co.
873 Williams Ave
Columbus OH 43212


Cardinal Health 110 LLC
7000 Cardinal Place
Dublin OH 43017


Cardinal Health 110, LLC
Cardinal Health 112, LLC
7000 Cardinal Place
Dublin OH 43017


CVS/Caremark
9501 East Shea Blvd
Scottsdale AZ 85260


E Advance Services
c/o RTR Recovery, LLC
370 Lexington Ave, Ste 801
New York NY 10017


Expert Funding
500 W Rambling Dr.
Wellington FL 33414


Fuzzells Business Equipment
P.O. Box 22837
Oklahoma City OK 73123-1837


Independent Pharmacy Distributors
P.O. Box 896827
Charlotte NC 28289


Internal Revenue Service
P.O. Box 7346
Philadelphia PA 19101-7346


Janet Smith
PO Box 130
Garrard KY 40941


Johnny T. Smith
PO Box 75
Garrard KY 40941

Kapitus
2500 Wilson Blvd, Suite 350
Arlington VA 22201


KY Dept. of Revenue
Legal Branch - Bankruptcy Section
P. O. Box 5222
Frankfort KY 40602


Maurice K. Smith
7468 Highway 472
Manchester KY 40962


Mercury Funding, LLC
60 Park Avenue
Lakewood NJ 08701


Mr. Advance
35-12 19th Ave
Astoria NY 11105


Office Depot
P.O. Box 633301
Cincinnati OH 45263-3301


Pharmacist's Mutual
PO Box 370
Algona IA 50511-9988


QFS Capital, LLC
7901 4th St. N, Ste 13070
Saint Petersburg FL 33702


Richard Slone
4736 Possum Trot Rd
Leburn KY 41831


RX Discount Pharmacy, Inc.
500 Morton Blvd.
Hazard KY 41701


Samuels Products
9851 Redhill Drive
Cincinnati OH 45242

```
Shelby Smith
5338 East Laurel Rd.
Corbin KY 40701


Smith Drug Company
PO Box 1779
Spartanburg SC 29304


Smith Drug Company
c/o The Leviton Law Firm
Don A. Leviton, Attorney
One Pierce Place, Ste 725W
Itasca IL 60143


Thriveway Funding Group, LLC
1926 New York Ave
Brooklyn NY 11210


U.S. Small Business Adm.
2 North 20th St, Ste 320
Birmingham AL 35203


White Road Capital dba United First
dba Global Funding`Experts
27-01 Queens Plaza N, Ste 802
Long Island City NY 11101


White Road Capital dba United First
2999 NE 191st Street
Unit 901
Miami FL 33180
```